JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
By: MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lance Downes-Covington, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Las Vegas, a political subdivision of the state of Nevada; Sergio Guzman, in their individual capacity; Sarkis Jopalian, in their individual capacity; Paul Hartz, in their individual capacity; Janelle Mazza, in their individual capacity; and Doe Las Vegas City Marshals 1-10, in their individual capacity,<br><br>Defendants. | CASE NO. 2:25-cv-0737-JAD-BNW |

**STIPULATION AND PROPOSED ORDER TO CONTINUE**
**DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Plaintiff Lance Downes-Covington, and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz and Janelle Mazza, through their respective counsel, stipulate to extend the deadline for the parties to submit a proposed Discovery Plan and Scheduling Order for a period of thirty (30) days.

This is the first request for an extension of any discovery-related deadline. The requested extension is in good faith and not for purposes of undue delay. The request is submitted at least twenty-one (21) days or more before the expiration of the current deadline of July 28, 2025.

The parties have agreed to enter into resolution discussions at this time. In order to focus the parties' time and resources into potential resolution, the parties wish to briefly continue the deadline to submit their proposed Discovery Plan and Scheduling Order, and related deadline to complete a Rule 26(f) conference. The parties propose the following continuation of dates.

1. **Deadline to conduct Rule 26(f) Conference.**

The parties' current deadline to complete their Rule 26(f) conference is July 14, 2025. The parties request that the Court extend that deadline to **August 13, 2025**.

2. **Deadline to submit proposed Discovery Plan and Scheduling Order.**

The parties' current deadline to submit a proposed Discovery Plan and Scheduling Order is July 28, 2025. The parties request that the Court extend that deadline to **August 28, 2025**.

By way of this extension request, the parties request that the future triggering date for purposes of setting discovery deadlines also be continued by thirty (30) days. Specifically, Defendants' appearance date of June 12, 2025, will be applied as Monday, July 14, 2025, for purposes of calculating future deadlines based on the Defendants' first appearance.

. . . .

1  The parties make this stipulation in good faith and not for the purposes of undue burden
2  or delay.
3   IT IS SO STIPULATED.
4  DATED this 25th day of June, 2025.   DATED this 25th day of June, 2025.
5  ACLU OF SOUTHERN NEVADA   JEFFRY M. DOROCAK
   City Attorney

7  By:   /s/ *Jacob T.S. Valentine*   By:   /s/ *Paul Mata*
   JACOB T.S. VALENTINE ESQ.   PAUL MATA
8  Nevada Bar No. 16324   Deputy City Attorney
   CHRISTOPHER M. PETERSON, ESQ.   Nevada Bar No. 14922
9  Nevada Bar No. 13932   MICHELLE DI SILVESTRO ALANIS
   American Civil Liberties Union of   Deputy City Attorney
10 Southern Nevada   Nevada Bar No. 10024
   4362 West Cheyenne Avenue   495 South Main Street, Sixth Floor
11 North Las Vegas, NV 89032   Las Vegas, NV 89101
   Attorneys for PLAINTIFF   Attorneys for DEFENDANTS

14  **IT IS SO ORDERED.**

16  [signature]

17  6/26/2025
18  DATE