JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
By: MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lance Downes-Covington, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Las Vegas, a political subdivision of the state of Nevada; Sergio Guzman, in their individual capacity; Sarkis Jopalian, in their individual capacity; Paul Hartz, in their individual capacity; Janelle Mazza, in their individual capacity; and Doe Las Vegas City Marshals 1-10, in their individual capacity,<br><br>Defendants. | CASE NO. 2:25-cv-0737-JAD-BNW |

**STIPULATION AND PROPOSED ORDER TO CONTINUE
<u>DEADLINE TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER</u>
(SECOND REQUEST)**

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Plaintiff Lance Downes-Covington, and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz and Janelle Mazza, through their respective counsel, stipulate to extend the deadline for the parties to submit a proposed Discovery Plan and Scheduling Order for another period of thirty (30) days.

This is the second request for an extension of a discovery-related deadline. The requested extension is in good faith and not for purposes of undue delay. The request is submitted at least twenty-one (21) days or more before the expiration of the current deadline of August 28, 2025.

The parties are making progress towards the informal exchange of information to assist with substantive resolution discussions. To continue that process in good faith, and in order to focus the parties' time and resources on potential resolution of this matter, the parties wish to again continue the deadline to submit their proposed Discovery Plan and Scheduling Order, and related deadline to complete a Rule 26(f) conference. The parties propose the following continuation of dates.

**1.  Deadline to conduct Rule 26(f) Conference.**

The parties' current deadline to complete their Rule 26(f) conference is August 13, 2025. The parties request that the Court extend that deadline to **September 12, 2025**.

**2.  Deadline to submit proposed Discovery Plan and Scheduling Order.**

The parties' current deadline to submit a proposed Discovery Plan and Scheduling Order is August 28, 2025. The parties request that the Court extend that deadline to **September 29, 2025**.

By way of this extension request, the parties request that the future triggering date for purposes of setting discovery deadlines also be continued by thirty (30) days. Specifically, Defendants' appearance date of July 14, 2025, will be applied as Wednesday, August 13, 2025, for purposes of calculating future deadlines based on the Defendants' first appearance.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

The parties make this stipulation in good faith and not for the purposes of undue burden or delay.

IT IS SO STIPULATED.

DATED this 16th day of July, 2025.

ACLU OF NEVADA

By: /s/ *Jacob T.S. Valentine*
JACOB T.S. VALENTINE ESQ.
Nevada Bar No. 16324
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No. 13932
American Civil Liberties Union of Nevada
4362 West Cheyenne Avenue
North Las Vegas, NV 89032
Attorneys for PLAINTIFF

DATED this 16th day of July, 2025.

JEFFRY M. DOROCAK
City Attorney

By: /s/ *Paul Mata*
PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

[signature]

7/18/2025
DATE