JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
By: MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lance Downes-Covington, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>City of Las Vegas, a political subdivision of the state of Nevada; Sergio Guzman, in their individual capacity; Sarkis Jopalian, in their individual capacity; Paul Hartz, in their individual capacity; Janelle Mazza, in their individual capacity; and Doe Las Vegas City Marshals 1-10, in their individual capacity,<br><br>　　　　　　　　Defendants. | CASE NO. 2:25-cv-0737-JAD-BNW |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**
**(SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Lance Downes-Covington, and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz and Janelle Mazza, through their respective counsel, the following extensions of deadlines related to Defendants' pending Motion to Dismiss [ECF No. 10]. The parties are making progress towards the informal exchange of information to assist with substantive resolution discussions. To continue that process in good faith, the parties wish to further continue the briefing schedule of Defendants' Motion to Dismiss. The parties stipulate to the following:

1. That the deadline for Plaintiff to file his response to Defendants' Motion to Dismiss, be extended from July 17, 2025, to August 18, 2025;

2. That the deadline for the City to file its reply in support of its Motion to Dismiss, be extended from July 31, 2025, to September 3, 2025.

IT IS SO STIPULATED.

DATED this 16th day of July, 2025.

ACLU OF NEVADA

By: /s/ *Jacob T. S. Valentine*
JACOB T.S. VALENTINE ESQ.
Nevada Bar No. 16324
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No. 13932
American Civil Liberties Union of Nevada
4362 West Cheyenne Avenue
North Las Vegas, NV 89032
Attorneys for PLAINTIFF

DATED this 16th day of July, 2025.

JEFFRY M. DOROCAK
City Attorney

By: /s/ *Paul Mata*
PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for DEFENDANTS

**IT IS SO ORDERED.**

_____
7/18/2025
DATE