**STIP**
JACOB T. S. VALENTINE, ESQ. (16324)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: jvalentine@aclunv.org
         peterson@aclunv.org
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Lance Downes-Covington**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**City of Las Vegas**, a political subdivision of the state of Nevada; **Sergio Guzman**, in their individual capacity; **Sarkis Jopalian**, in their individual capacity; **Paul Hartz**, in their individual capacity; **Janelle Mazza**, in their individual capacity; and **Doe Las Vegas City Marshals 1-10**, in their individual capacity,<br><br>Defendants. | Case No.: 2:25-cv-737-JAD-BNW<br><br>**Stipulation and Proposed Order for Extension Time of Time**<br>**(Third Request)**<br><br>ECF No. 23 |

"Requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)). Here both parties agree to a minor extension of two days in order to accommodate a deposition Plaintiff's counsel will be conducting on August 18, 2025, which is the current deadline for Plaintiff's response to Defendant's motion to dismiss.

Therefore, Plaintiff Lance Downes-Covington and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz, and Janelle Mazza, through their respective counsel, hereby stipulate and agree to the following extension of deadlines related to Defendants' Motion to Dismiss [ECF No. 10].

1. That the deadline for Plaintiff to file his response to Defendants' Motion to Dismiss, be extended from August 18, 2025, to August 20, 2025;

2. That the deadline for the City to file its reply in support of its Motion to Dismiss be extended from September 3, 2025, to September 10, 2025.

**It is so stipulated.**

Dated August 15, 2025.

**JEFFRY M. DOROCAK**
**City Attorney**

 /s/ Michelle Di Silvestro Alanis
Paul Mata
Deputy City Attorney
(NV Bar No. 14922)
Michelle Di Silvestro Alanis
Deputy City Attorney
(NV Bar No. 10024)
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

Dated August 15, 2025.

**ACLU OF NEVADA**

 /s/ Jacob T. S. Valentine
Jacob T. S. Valentine
(NV Bar No. 16324)
Christopher M. Peterson
(NV Bar No. 13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
*Attorneys for Plaintiff*

**It is so ordered.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2025