| | |
|---|---|
| 1 | JEFFRY M. DOROCAK |
| | City Attorney |
| 2 | Nevada Bar No. 13109 |
| | By: PAUL MATA |
| 3 | Deputy City Attorney |
| | Nevada Bar No. 14922 |
| 4 | By: MICHELLE DI SILVESTRO ALANIS |
| | Deputy City Attorney |
| 5 | Nevada Bar No. 10024 |
| | 495 South Main Street, Sixth Floor |
| 6 | Las Vegas, NV 89101 |
| | (702) 229-6629 |
| 7 | (702) 386-1749 (fax) |
| | Email: pmata@lasvegasnevada.gov |
| 8 | Email: malanis@lasvegasnevada.gov |
| | Attorneys for DEFENDANTS |
| 9 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lance Downes-Covington, an individual, | |
| Plaintiff, | |
| vs. | CASE NO. 2:25-cv-0737-JAD-BNW |
| City of Las Vegas, a political subdivision of the state of Nevada; Sergio Guzman, in their individual capacity; Sarkis Jopalian, in their individual capacity; Paul Hartz, in their individual capacity; Janelle Mazza, in their individual capacity; and Doe Las Vegas City Marshals 1-10, in their individual capacity, | |
| Defendants. | |

**STIPULATION AND REQUEST TO CONTINUE DATES
IN DISCOVERY PLAN AND SCHEDULING ORDER**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LANCE DOWNES-COVINGTON, by and through his attorney JACOB T.S. VALENTINE, ESQ., and Defendants CITY OF LAS VEGAS, SERGIO GUZMAN, SARKIS JOPALIAN, PAUL HARTZ and JANELLE MAZZA, by and through their attorney PAUL MATA, ESQ., Deputy City Attorney, that the parties request that this Court continue all remaining discovery and scheduling

deadlines in this matter by thirty (30) days. This is the first request by stipulation to extend discovery deadlines.

1. **Discovery Completed to Date.**

In this civil rights action, the parties have exchanged Rule 26 lists of witnesses, initial document productions, and supplemental document productions. The parties have also both propounded and responded to written discovery, including interrogatories and requests for production of documents.

2. **Discovery to be completed.**

The parties expect to continue to supplement disclosures, conduct additional meet and confer efforts regarding written discovery responses, complete party depositions, and disclose experts.

3. **Reasons why the deadline was not satisfied.**

As required by LR 26-3, the parties must show good cause for the proposed discovery extension. Here, the parties have not yet failed to meet a deadline but anticipate a short extension of time to complete all discovery in this matter. Good cause is shown by the lack of dilatory motive and good faith efforts to move this matter forward. Indeed, counsel for the parties have been working diligently to respond to discovery requests and to cooperate in meet and confer efforts to avoid the need for law and motion related to discovery. The parties' immediate goal is to complete the meet and confer process with respect to written discovery to be prepared to proceed with depositions in this matter. The short extension of discovery and scheduling order deadlines is not for any improper purpose or unnecessary delay. The parties further offer that the proposed 30-day extension will not unduly affect the Court's calendar or substantially delay the resolution of this matter.

. . . .

. . . .

. . . .

. . . .

. . . .

**4.    Current and proposed discovery deadlines.**

| Scheduled Event | Current | Proposed |
|---|---|---|
| Amend Pleadings/Add Parties | January 12, 2026 | No change. |
| Expert Disclosure | February 9, 2026 | March 11, 2026 |
| Rebuttal Exp. Disclosure | March 11, 2026 | April 10, 2026 |
| Discovery Cutoff | April 10, 2026 | May 11, 2026 |
| Dispositive Motions | May 11, 2026 | June 10, 2026 |
| Pretrial order (no dispositive motions) | June 10, 2026 | July 10, 2026 |
| Pretrial order (dispositive motion filed) | 30 days after decision | 30 days after decision |

DATED this 15th day of January, 2026.   DATED this 15th day of January, 2026.

**LAS VEGAS CITY ATTORNEY'S OFFICE**          **AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

/s/ *Paul Mata*                                /s/ *Jacob T.S. Valentine*
Jeffry M. Dorocak (NV Bar: 13109)              Jacob T. S. Valentine (NV Bar: 16324)
Paul Mata (NV Bar: 14922)                      Christopher M. Peterson (NV Bar: 13932)
Michelle Di Silvestro Alanis (NV Bar: 10024)   4362 W. Cheyenne Ave.
495 South Main Street, Sixth Floor             North Las Vegas, NV 89032
Las Vegas, NV 89101                            Telephone: (702) 366-1226
Telephone: (702) 229-6629                      Email: jvalentine@aclunv.org
Fax: (702) 386-1749                                   peterson@aclunv.org
Email: pmata@lasvegasnevada.gov                *Attorneys for Plaintiff*
       malanis@lasvegasnevada.gov
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE