**STIP**
JACOB T. S. VALENTINE, ESQ. (16324)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: jvalentine@aclunv.org
        peterson@aclunv.org
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **Lance Downes-Covington**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**City of Las Vegas**, a political subdivision of the state of Nevada; **Sergio Guzman**, in their individual capacity; **Sarkis Jopalian**, in their individual capacity; **Paul Hartz**, in their individual capacity; **Janelle Mazza**, in their individual capacity; and **Doe Las Vegas City Marshals 1-10**, in their individual capacity,<br><br>Defendants. | Case No.: 2:25-cv-737<br><br>**Stipulation and Proposed Order to Stay Proceedings** |

Plaintiff Lance Downes-Covington and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz, and Janelle Mazza stipulate to stay proceedings and request that the Court enter an order staying all proceedings and deadlines in this matter for 30 days. This stay is sought so that Parties can enter into settlement discussions and negotiations without incurring unnecessary fees and costs. This Stipulation is being entered in good faith and not for purposes of delay.

1    Courts have broad discretion to stay proceedings. *See Allstate Fire v. Lopez-Villasenor*,

2    No. 2:23-CV-1192 JCM (DJA), 2024 U.S. Dist. LEXIS 100415, at *3 (D. Nev. May 29, 2024)

3    (citing *Clinton v. Jones*, 520 U.S. 681, 683, 117 S. Ct. 1636, 137 L. Ed. 2d 945 (1997)).

4    Parties believe a 30 day stay in proceedings is justified here because:

5    1.    This Stipulation is sought in good faith and not for the purpose of delay.

6    2.    This is the first stay of proceedings contemplated in this case.

7    3.    Parties believe a stay of 30 days should be sufficient.

8    4.    At this stage, Parties have conducted some discovery and now wish to explore the

9    possibility of settlement without incurring additional time and expense litigating the instant matter.

10    5.    The parties have an active settlement offer on the table they are reviewing and

11    counsel needs additional time to evaluate and respond to the offer.

12    6.    This stay is sought so that Parties may conduct settlement negotiations without

13    incurring unnecessary fees and costs.

14    7.    Notwithstanding the stay, Parties intend to and hereby agree to cooperate in the

15    exchange of information as needed to facilitate settlement.

16    8.    No party to this litigation will be harmed by a stay of proceedings, instead a

17    temporary stay is likely to conserve judicial and party resources by allowing the parties to focus

18    on settlement efforts.

19    9.    If Parties do not reach a settlement during the stay, the parties further agree and

20    stipulate that Parties will submit a new proposed Discovery plan to the Court within fourteen (14)

21    days of the expiration of the stay. Parties agree that the new proposed Discovery Plan must provide,

22    at a minimum, the same number of days to complete Parties' outstanding obligations, including

23    amending the complaint and disclosing expert witnesses, as the current Discovery Plan but for the

24    implementation of the stay provided by this stipulation.

1    **It is therefore stipulated and agreed** that all proceedings and deadlines in this matter,

2   including but not limited to discovery, motion, and pretrial deadlines, shall be stayed for 30 days

3   from the date of the Court's order.

4

5   **AMERICAN CIVIL LIBERTIES**          **LAS VEGAS CITY ATTORNEY'S**
    **UNION OF NEVADA**                   **OFFICE**

6

_____          */s/ Paul Mata*
                                         _____
7   Jacob T. S. Valentine (NV Bar No. 16324)    Jeffry M. Dorocak (NV Bar: 13109)
    Christopher M. Peterson (NV Bar No. 13932)  Paul Mata (NV Bar: 14922)
8   4362 W. Cheyenne Ave.                 Michelle Di Silvestro Alanis (NV Bar: 10024)
    North Las Vegas, NV 89032             495 South Main Street, Sixth Floor
9   Telephone: (702) 366-1226            Las Vegas, NV 89101
    Email: jvalentine@aclunv.org         Telephone: (702) 229-6629
10           peterson@aclunv.org          Fax: (702) 386-1749
    *Attorneys for Plaintiff*             Email:  pmata@lasvegasnevada.gov
11                                                 malanis@lasvegasnevada.gov
                                         *Attorneys for Defendants*

12

13                                    **Order**

14                                        It is so ordered

15

16                                        By:      _____

17                                        U.S. District Court Judge

                                         Date:    _____
18

19

20

21

22

23

24