**STIP**
JACOB T. S. VALENTINE, ESQ. (16324)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: jvalentine@aclunv.org
         peterson@aclunv.org
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **Lance Downes-Covington**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**City of Las Vegas**, a political subdivision of the state of Nevada; **Sergio Guzman**, in their individual capacity; **Sarkis Jopalian**, in their individual capacity; **Paul Hartz**, in their individual capacity; **Janelle Mazza**, in their individual capacity; and **Doe Las Vegas City Marshals 1-10**, in their individual capacity,<br><br>Defendants. | Case No.: 2:25-cv-737-JAD-BNW<br><br>**Stipulation and Order to Stay Proceedings**<br><br>ECF Nos. 10, 31 |

Plaintiff Lance Downes-Covington and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz, and Janelle Mazza stipulate to stay proceedings and request that the Court enter an order staying all proceedings and deadlines in this matter for 30 days. This stay is sought so that Parties can enter into settlement discussions and negotiations without incurring unnecessary fees and costs. This Stipulation is being entered in good faith and not for purposes of delay.

Courts have broad discretion to stay proceedings. *See Allstate Fire v. Lopez-Villasenor*, No. 2:23-CV-1192 JCM (DJA), 2024 U.S. Dist. LEXIS 100415, at *3 (D. Nev. May 29, 2024) (citing *Clinton v. Jones*, 520 U.S. 681, 683, 117 S. Ct. 1636, 137 L. Ed. 2d 945 (1997)).

Parties believe a 30 day stay in proceedings is justified here because:

1. This Stipulation is sought in good faith and not for the purpose of delay.
2. This is the first stay of proceedings contemplated in this case.
3. Parties believe a stay of 30 days should be sufficient.
4. At this stage, Parties have conducted some discovery and now wish to explore the possibility of settlement without incurring additional time and expense litigating the instant matter.
5. The parties have an active settlement offer on the table they are reviewing and counsel needs additional time to evaluate and respond to the offer.
6. This stay is sought so that Parties may conduct settlement negotiations without incurring unnecessary fees and costs.
7. Notwithstanding the stay, Parties intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.
8. No party to this litigation will be harmed by a stay of proceedings, instead a temporary stay is likely to conserve judicial and party resources by allowing the parties to focus on settlement efforts.
9. If Parties do not reach a settlement during the stay, the parties further agree and stipulate that Parties will submit a new proposed Discovery plan to the Court within fourteen (14) days of the expiration of the stay. Parties agree that the new proposed Discovery Plan must provide, at a minimum, the same number of days to complete Parties' outstanding obligations, including amending the complaint and disclosing expert witnesses, as the current Discovery Plan but for the implementation of the stay provided by this stipulation.

1   **It is therefore stipulated and agreed** that all proceedings and deadlines in this matter,
2   including but not limited to discovery, motion, and pretrial deadlines, shall be stayed for 30 days
3   from the date of the Court's order.

| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | LAS VEGAS CITY ATTORNEY'S OFFICE |
|---|---|
| *[signature]* | /s/ Paul Mata |
| Jacob T. S. Valentine (NV Bar No. 16324) | Jeffry M. Dorocak (NV Bar: 13109) |
| Christopher M. Peterson (NV Bar No. 13932) | Paul Mata (NV Bar: 14922) |
| 4362 W. Cheyenne Ave. | Michelle Di Silvestro Alanis (NV Bar: 10024) |
| North Las Vegas, NV 89032 | 495 South Main Street, Sixth Floor |
| Telephone: (702) 366-1226 | Las Vegas, NV 89101 |
| Email: jvalentine@aclunv.org | Telephone: (702) 229-6629 |
| peterson@aclunv.org | Fax: (702) 386-1749 |
| *Attorneys for Plaintiff* | Email: pmata@lasvegasnevada.gov |
|  | malanis@lasvegasnevada.gov |
|  | *Attorneys for Defendants* |

### Order

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS ORDERED that **THIS CASE IS STAYED for all purposes through March 26, 2026.** In light of the nature of the stay and to conserve judicial resources, IT IS FURTHER ORDERED that the pending motion to dismiss **[ECF No. 10] is DENIED** without prejudice to its refiling within 10 days of the lifting of this stay should this case not resolve during the stay. Should that happen, the parties must simply refile their prior briefing to return the motion to the court's queue.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 24, 2026