JACOB T. S. VALENTINE, ESQ. (16324)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: jvalentine@aclunv.org
       peterson@aclunv.org
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Lance Downes-Covington**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **City of Las Vegas**, a political subdivision of the state of Nevada; **Sergio Guzman**, in their individual capacity; **Sarkis Jopalian**, in their individual capacity; **Paul Hartz**, in their individual capacity; **Janelle Mazza**, in their individual capacity; and **Doe Las Vegas City Marshals 1-10**, in their individual capacity, <br><br> Defendants. | Case No.: 2:25-cv-737 <br><br> **Notice of Settlement in Principle and Stipulation and Order to Vacate Deadlines** |

Plaintiff Lance Downes-Covington and Defendants City of Las Vegas, Sergio Guzman, Sarkis Jopalian, Paul Hartz, and Janelle Mazza have agreed to settle the above-captioned matter. Counsel for the parties are preparing and finalizing a General Release and Settlement Agreement as well as a Stipulation and Order to Dismiss. The parties intend to file the Stipulation and Order to Dismiss as soon as practicable but stipulate to and request from the Court 30 days to finalize said Stipulation as well as the General Release and Settlement Agreement.

**It is therefore stipulated and agreed** that all proceedings and deadlines in this matter, including but not limited to discovery, motion, and pretrial deadlines, shall be stayed for 30 days from the date of the Court's order. It is further agreed that the deadlines contained within the prior Order to Stay Proceedings be vacated. ECF No. 32. Parties shall file a Stipulation to Dismiss within 30 days from the date of the Court's order.

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEVADA** | **LAS VEGAS CITY ATTORNEY'S OFFICE** |

/s/ Paul Mata

Jacob T. S. Valentine (NV Bar No. 16324)  
Christopher M. Peterson (NV Bar No. 13932)  
4362 W. Cheyenne Ave.  
North Las Vegas, NV 89032  
Telephone: (702) 366-1226  
Email: jvalentine@aclunv.org  
     peterson@aclunv.org  
*Attorneys for Plaintiff*

Jeffry M. Dorocak (NV Bar: 13109)  
Paul Mata (NV Bar: 14922)  
Michelle Di Silvestro Alanis (NV Bar: 10024)  
495 South Main Street, Sixth Floor  
Las Vegas, NV 89101  
Telephone: (702) 229-6629  
Fax: (702) 386-1749  
Email:  pmata@lasvegasnevada.gov  
     malanis@lasvegasnevada.gov  
*Attorneys for Defendants*

**Order**

It is so ordered

By:    _____

U.S. District Court Judge

Date:    _____