JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
By: MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lance Downes-Covington, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> City of Las Vegas, a political subdivision of the state of Nevada; Sergio Guzman, in their individual capacity; Sarkis Jopalian, in their individual capacity; Paul Hartz, in their individual capacity; Janelle Mazza, in their individual capacity; and Doe Las Vegas City Marshals 1-10, in their individual capacity, <br><br> Defendants | CASE NO. 2:25-cv-0737-JAD-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LANCE DOWNES-COVINGTON and Defendants CITY OF LAS VEGAS, SERGIO GUZMAN, SARKIS JOPALIAN, PAUL HARTZ and JANELLE MAZZA, through their respective attorneys of record, stipulate to the dismissal of this matter with prejudice pursuant to the parties' release agreement. Each party shall bear its own attorney's fees and costs except as provided for in the parties' release agreement.

. . . .

. . . .

. . . .

. . . .

The Court may vacate all remaining dates and deny any pending motion as moot.

DATED: April 30, 2026

DATED: April 30, 2026

AMERICAN CIVIL LIBERTIES UNION
OF NEVADA

JEFFRY M. DOROCAK
City Attorney

By:    /s/ *Jacob T. Valentine*
        Jacob T. Valentine
        Nevada Bar No. 16324
        Christopher M. Peterson
        Nevada Bar No. 13932
        4362 W. Cheyenne Ave.
        North Las Vegas, NV 89032
        Attorneys for Plaintiff

By:    /s/ *Paul Mata*
        Paul Mata
        Deputy City Attorney
        Nevada Bar No. 14922
        Michelle Di Silvestro Alanis
        Deputy City Attorney
        Nevada Bar No. 10024
        495 South Main Street, Sixth Floor
        Las Vegas, NV 89101
        Attorneys for Defendants

## ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED:    5/4/26